**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
__For The__ District of __Puerto Rico__
(State)

Case number (If known): _____ Chapter __11__

☐ Check if this is an amended filing

# Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**  
Syfood Group, Inc.

2. **All other names debtor used in the last 8 years**  
Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  
66 - 0752152

4. **Debtor's address**

    **Principal place of business**  
    Calle Alda 1579  
    Number    Street  
    Urb. Caribe  

    San Juan            PR      00926  
    City                State   ZIP Code

    San Juan  
    County

    **Mailing address, if different from principal place of business**  
    _____  
    Number    Street  
    P.O. Box 270460  
    P.O. Box  

    San Juan            PR      00928  
    City                State   ZIP Code

    **Location of principal assets, if different from principal place of business**  
    _____  
    Number    Street  
    _____  
    City                State   ZIP Code

5. **Debtor's website (URL)**  _____

6. **Type of debtor**  
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Official Form 201   Voluntary Petition for Non-Individuals Filing for Bankruptcy   page 1

Debtor    Syfood Group, Inc.                    Case number (if known) _____
        Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

7 2 2 5

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply*:

    ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every 3 years after that).

    ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes. District _____ When _____ Case number _____
                                        MM / DD / YYYY
        District _____ When _____ Case number _____
                                        MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No
☐ Yes. Debtor _____ Relationship _____
        District _____ When _____
                                                  MM / DD / YYYY
        Case number, if known _____

Debtor    Syfood Group, Inc.                                        Case number (if known) _____
          _____
          Name

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
                      Number      Street

_____

_____   _____   _____
City                                    State     ZIP Code

Is the property insured?

☐ No
☐ Yes. Insurance agency _____

         Contact name    _____

         Phone           _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49                ☐ 1,000-5,000           ☐ 25,001-50,000
☐ 50-99               ☐ 5,001-10,000          ☐ 50,001-100,000
☐ 100-199             ☐ 10,001-25,000         ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☐ $0-$50,000              ☐ $1,000,001-$10 million      ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion
☒ $100,001-$500,000       ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million   ☐ More than $50 billion

Debtor __Syfood Group, Inc._____  Case number (if known)_____
      Name

### 16. Estimated liabilities

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☒ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### 17. Declaration and signature of authorized representative of debtor

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __06/05/2016__
             MM / DD / YYYY

X _____  Spartaco F. Borsini-Bautista
Signature of authorized representative of debtor  Printed name

Title __President__

### 18. Signature of attorney

X _____  Date __06/05/2016__
Signature of attorney for debtor      MM / DD / YYYY

Héctor Eduardo Pedrosa Luna
Printed name

The Law Offices of Héctor Eduardo Pedrosa Luna
Firm name

P.O. Box 9023963
Number   Street

San Juan                              PR     00902-3963
City                                  State    ZIP Code

787-920-7983             hectorpedrosa@gmail.com
Contact phone               Email address

USDC-PR 223202             PR
Bar number                    State

# SYFOOD GROUP, INC.

## CERTIFICATE OF CORPORATE RESOLUTION

I, Yajaira Margarita Torres-Antongiorgi, Secretary of the Board of Directors of Syfood Group, Inc., under penalty of perjury, pursuant to 28 USC Sec. 1746, certify that on a duly called and held stockholders meeting, in which the required quorum by The General Corporation Law of 1995, as amended, was always present, the following resolution was adopted by the Board of Directors on June 4, 2016:

"Be it therefore resolved, that all of the partners has agreed that Syfood Group, Inc. should file a petition under the Chapter 11 of the United States Bankruptcy Code. It is also resolved to authorize Mr. Spartaco Franco Borsini-Bautista, the President of the corporation, to hire the Law Offices of Héctor Eduardo Pedrosa-Luna to file a bankruptcy petition under the Chapter 11 on behalf of the corporation, to sign any related documents and to appear at all bankruptcy proceedings on behalf of Syfood Group, Inc.

I, further certify that the foregoing Resolution has not been amended or cancelled, so that as this date it is in full effect and power.

There for I sign the foregoing Certificate and print the Corporate seal, this 4th day of June 2016.

_____
Secretary of the Board

_____
Corporate Seal

**Fill in this information to identify the case:**

Debtor name: Syfood Group, Inc.

United States Bankruptcy Court for the: _____For The_____ District of Puerto Rico
(State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | A.E.E.<br>P.O. Box 363508<br>San Juan, PR 00936 | | Power Bill | | | | 5,337.46 |
| 2 | A.A.A.<br>P.O. Box 7066<br>San Juan, PR 00917 | | Water Bill | | | | 1,200.00 |
| 3 | Coca-Cola Puerto Rico<br>P.O. Box 51985<br>Toa Baja, PR 00950 | | Trade Debt | | | | 3,200.00 |
| 4 | C.R.I.M.<br>P.O. Box 195387<br>San Juan, PR 00919 | | Personal Property Tax | | | | 6,000.00 |
| 5 | Doctor's Associates, Inc.<br>325 Sub Way<br>Milford, CT 06461 | | Royalties | | | | 3,000.00 |
| 6 | Business Sound and Music<br>RR16 Box 3215<br>San Juan, PR 00926 | | Trade Debt | | | | 692.70 |
| 7 | Visotek<br>P.O. Box 361452<br>San Juan, PR 00936 | | Trade Debt | | | | 1,202.20 |
| 8 | Matosantos Commercial<br>P.O. Box 11925<br>San Juan, PR 00922 | | Trade Debt | | | | 30,000.00 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor  __Syfood Group, Inc._____     Case number (if known)_____

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 9 | Municipality of San Juan<br>P.O. Box 70179<br>San Juan, PR 00936 | | Taxes | | | | 7,100.00 |
| 10 | Municipality of Bayamon<br>P.O. Box 1588<br>Bayamon, PR 00960 | | Taxes | | | | 1,200.00 |
| 11 | Municipality of Guaynabo<br>P.O. Box 7885<br>Guaynabo, PR 00970 | | Taxes | | | | 1,200.00 |
| 12 | Treasury Department<br>P.O. Box 9024140<br>Saan Juan, PR 00902 | | Taxes | | | | 115,000.00 |
| 13 | Oriental Bank<br>P.O. Box 195115<br>San Juan, PR 00919 | | Loan | | | | 20,000.00 |
| 14 | Banco Popular Puerto Rico<br>P.O. Box 362708<br>San Juan, PR 00936 | | Loan | | | | 25,000.00 |
| 15 | Sociedad Santa Marina<br>P.O. Box 11406<br>San Juan, PR 00922 | | Rent | | | | 37,000.00 |
| 16 | PDCM<br>P.O. Box 190858<br>San Juan, PR 00919 | | Rent | | | | 15,200.00 |
| 17 | Property Rental<br>P.O. Box 11918<br>San JUan, PR 00922 | | Rent | | | | 6,599.00 |
| 18 | Catalinas Cinema Corp.<br>P.O. Box 19116<br>San Juan, PR 00910 | | Rent | | | | 25,572.27 |
| 19 | Praxair<br>P.O. Box 307<br>Gurabo, PR 00778 | | Trade Debt | | | | 200.00 |
| 20 | EcoLab<br>Road 28, Lot A-13<br>Bayamon, PR 00961 | | Trade Debt | | | | 300.00 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 2

Fill in this information to identify the case and this filing:

Debtor Name **Syfood Group, Inc.**

United States Bankruptcy Court for the: _____**For The**_____ District of **Puerto Rico**
(State)

Case number (*If known*): _____

# Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __06/05/2016__    X _____[signature]_____
MM / DD / YYYY                Signature of individual signing on behalf of debtor

**Spartaco F. Borsini-Bautista**
Printed name

**President**
Position or relationship to debtor

Official Form 202    Declaration Under Penalty of Perjury for Non-Individual Debtors

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

For The District Of Puerto Rico

In re Syfood Group, Inc.

Case No. _____

**Debtor**

Chapter \_\_\_11\_\_\_

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ............................... $ 150.00 p/h

   Prior to the filing of this statement I have received ....................... $ 5,000.00

   Balance Due ................................................................ $ _____

2. The source of the compensation paid to me was:

   ☒ Debtor    ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☒ Debtor    ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

06/05/2016
*Date*

*Signature of Attorney*

The Law Offices of Héctor Eduardo Pedrosa Luna
*Name of law firm*